| | |
|---|---|
| 1 | David A. Birdsell, Chapter 7 Trustee |
| 2 | 216 N. Center<br>Mesa, Az. 85201<br>480-644-1080 / 480-644-1082 (fax) |
| 3 | dab@azbktrustee.com |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re:  ) Chapter 7
)
SALCIDO, HECTOR G ) Case No. 09-15807-PHX CGC
SALCIDO, BARBARA M )
) NOTICE OF TRUSTEE'S SALE
)
Debtor(s) )

NOTICE IS HEREBY GIVEN that property belonging to the estate of the above-named debtor(s) will be sold to the person making the highest and best offer on **November 20, 2009** at **8:30 AM** at 230 N. First Avenue, Room #102, Phoenix, Arizona 85003.

Property to be sold: **ESTATE'S INTEREST IN A JUDGMENT FOR $33,840 PLUS INTEREST - SOLD "AS IS WHERE IS" WITH NO WARRANTIES IMPLIED OR STATED**

Terms of Sale: **CASHIER'S CHECK WITHIN 3 DAYS OF SALE**

To: **KYLE RAMSEUR**
Address: **4124 SHARP ROAD, GLENELG, MARYLAND 21737**
Purchase Price: **$600.00**

or any person making a higher and better offer. The property is subject to liens or interests. There is not an appraisal of the property. Any person opposing the sale shall file a written objection on or before five days prior to the sale date with the Clerk of the U.S. Bankruptcy Court, 230 North First Avenue, Suite #101, Phoenix, Arizona 85003-1727 and mailed to the trustee DAVID A. BIRDSELL at the following address: BANKRUPTCY TRUSTEE, 216 N. CENTER, MESA, AZ 85201.

If a person timely objects in writing and a hearing is requested but has not yet been conducted by the scheduled sale, bids will still be taken and the normal sales procedure followed. The closing of the sale remains dependent upon the outcome of the Court hearing on the objection.

**October 30, 2009**          /s/ David A. Birdsell
Date                          DAVID A. BIRDSELL, Trustee

**THIS SALE NOTICE WAS MAILED TO ALL INDIVIDUALS ON THE DISTRICT OF ARIZONA BANKRUPTCY COURT'S MATRIX MAILING LIST BY THE BANKRUPTCY COURT NOTICING CENTER**